The judgment is reversed, and the cause remanded.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### W. C. VEST v. STATE. (No. 12967.)

Court of Criminal Appeals of Texas. Jan. 29, 1930.

W. R. Parker, of Fort Worth, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. Unlawfully manufacturing intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for a period of one year.

The indictment appears regular. A plea of guilty was entered. The record is before us without statement of facts or bills of exceptions. No fundamental error having been perceived or pointed out, the judgment is affirmed.